FOSTER, Appellant, v. VILLAGE OF SOUTH GLENS FALLS, Respondent. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by Francis A. Foster against the village of South Glens Falls. No opinion. Judgment (72 N. Y. Supp. 125) unanimously affirmed, with costs.

FRAGNER, Respondent, v. WALTHER, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Isaac Fragner against Wilhelmine Walther. No opinion. Judgment of the municipal court affirmed, with costs.

FRANSIOLI v. GOIN. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by Augustus C. Fransioli against Jeannette P. Goin. No opinion. Motion denied.

FREEBORN, Respondent, v. NEW YORK EL. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Sarah A. Freeborn against the New York Elevated Railway Company. F. S. Williams, for appellant. C. H. Strong, for respondent.

PER CURIAM. Judgment modified by reducing the amount awarded for fee damage to $1,500, and by reducing the judgment for rental damage, interest, costs, allowances, etc., as entered, to the sum of $2,339.86, and, as modified, affirmed, without costs to either party.

FREEMAN, Respondent, v. OBERNIER, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Frank Freeman against Frank Obernier. No opinion. Judgment of the municipal court unanimously affirmed, with costs.

FRENCH, Appellant, v. BEERS, Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Allen T. French against Matthew H. Beers. J. H. Warner, for appellant. J. H. Corwin, for respondent. No opinion. Judgment affirmed, with costs.

FREY v. TORREY. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Louis J. Frey against David M. Torrey. No opinion. Motion to go to court of appeals granted. Questions to be certified on settlement of order.

FRIEDMAN, Respondent, v. HERTER et al., Appellants. (Supreme Court, Appellate Term. March, 1902.) Action by Robert Friedman against Peter J. Herter and others. J.

F. Coffin, for appellants. A. S. Shapiro, for respondent. No opinion. Judgment affirmed, with costs.

FROST, Respondent, v. FROST, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Lillie E. Frost against Clarence H. Frost. No opinion. Order affirmed, with $10 costs and disbursements.

FROTHINGHAM et al., Appellants, v. WOLFF, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by Thomas G. Frothingham and another against David Wolff. No opinion. Order affirmed, with $10 costs and disbursements.

GALLAGHER, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by James J. Gallagher, Jr., against the state of New York.

PER CURIAM. Judgment unanimously affirmed, with costs, on opinion in Denton v. State (decided this term) 76 N. Y. Supp. 167.

FURSMAN, J., concurs in result.

GILHAM, Respondent, v. BLOOMFIELD, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by George L. Gilham against Charles A. Bloomfield. No opinion. Judgment and order affirmed, with costs.

GILLESPIE v. UNITED TRACTION CO. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by James J. Gillespie against the United Traction Company.

PER CURIAM. Judgment against the plaintiff, and in favor of the defendant, for costs, on opinion in Wilson v. Traction Co. (decided this term) 76 N. Y. Supp. 203.

GOLDMARK, Respondent, v. MAGNOLIA ANTI-FRICTION METAL CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Adolf Goldmark against the Magnolia Anti-Friction Metal Company. A. S. Bacon, for appellant. No opinion. Judgment affirmed, with costs. See 51 N. Y. Supp. 68, 52 N. Y. Supp. 446, 53 N. Y. Supp. 340, and 60 N. Y. Supp. 425.

GOLDNER, Appellant, v. HORWITZ, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Samuel Goldner against Julius Horwitz. No opinion. Order affirmed, with $10 costs and disbursements.

GORDON, Respondent, v. CITY OF NIAGARA FALLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Action by John Gordon against the city of Niagara Falls. No opinion. Judgment and order affirmed, with costs.